UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERESA HEBERT,<br><br>    Plaintiff,<br><br> v.<br><br>HOLLAND AMERICA LINE NV, a Curacao corporation, HAL ANTILLEN NV, a Curacao company, INTERCRUISES SHORESIDE & PORT SERVICES INC., a Florida corporation, and XYZ Corporation,<br><br>    Defendants. | CASE NO. 2:23-cv-292<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF PRE-TRIAL AND TRIAL DATES |

This matter comes before the Court on the parties' stipulated motion to continue the trial date and related deadlines. Dkt. No. 26. The parties argue good cause exists to continue the trial date because they need additional time to complete discovery given that their efforts to conduct a vessel inspection have been delayed and because Plaintiff Teresa Hebert resides and sought medical treatment in Canada. *Id.* at 3. This is the parties' first request to the continue the trial date. *See* Dkt.

ORDER GRANTING JOINT MOTION FOR EXTENSION OF PRE-TRIAL AND TRIAL DATES - 1

Under Fed. R. Civ. P. 16(b)(4), a scheduling order "may be modified only for good cause and with the judge's consent." Good cause exists if the pretrial schedule "cannot reasonably be met despite the diligence of the party seeking the extension." Fed. R. Civ. P. 16(b) advisory committee's note to 1983 amendment.

Considering the fact that this is their first extension, the Court finds good cause to modify the case schedule and GRANTS the parties' stipulated motion to extend the trial and related dates as set forth below:

| EVENT | DATE |
|---|---|
| JURY TRIAL begins | December 9, 2024 |
| Length of trial | 5-7 days |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | May 13, 2024 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | June 12, 2024 |
| Discovery completed by | July 12, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | August 12, 2024 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | October 10, 2024 |
| All motions in limine must be filed by (*see* LCR 7(d)) | October 30, 2024 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | November 18, 2024 |
| Agreed pretrial order due | November 18, 2024 |

ORDER GRANTING JOINT MOTION FOR EXTENSION OF PRE-TRIAL AND TRIAL DATES - 2

| EVENT | DATE |
|---|---|
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | November 25, 2024 |
| Pretrial conference | December 2, 2024 |

Dated this 30th day of January, 2024.

_____
Jamal N. Whitehead
United States District Judge

ORDER GRANTING JOINT MOTION FOR EXTENSION OF PRE-TRIAL AND TRIAL DATES - 3