THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERESA HEBERT<br><br>     Plaintiff,<br><br> vs.<br><br>HOLLAND AMERICA LINE N.V., a Curacao corporation; HAL ANTILLEN N.V., a Curacao corporation; INTERCRUISES SHORESIDE & PORT SERVICES, INC., a Florida corporation; and XYZ CORPORATION,<br><br>     Defendants. | IN ADMIRALTY<br><br>Case No. 2:23-CV-00292<br><br>ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT INTERCRUISES SHORESIDE & PORT SERVICES INC. WITH PREJUDICE<br><br>**[NOTED FOR HEARING FEBRUARY 20, 2024]** |

THIS MATTER came to the attention of the undersigned Judge of the above-titled Court on Plaintiff TERESA HEBERT and Defendant INTERCRUISES SHORESIDE & PORT SERVICES, INC.'s Stipulated Motion for Voluntary Dismissal of Defendant Intercruises Shoreside & Port Services, Inc. with Prejudice. The Court having reviewed the records and files herein, and pursuant to FRCP 41(a)(1)(A)(ii), and having fully considered the same and found good cause exists therefore:

It is hereby ORDERED, ADJUDGED, and DECREED that any and all claims and causes of action which were or could have been brought by Plaintiff Teresa Hebert, against Defendant Intercruises Shoreside & Port Services, Inc., and any former or current employees

ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT INTERCRUISES SHORESIDE & PORT SERVICES INC. WITH PREJUDICE - Page 1
03029-019\Hebert - Stipulated Dismissal.docx

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

and agents of the same (except the other Defendants named herein) are hereby DISMISSED WITH PREJUDICE and without costs and fees to any party.

This Order does not affect the claims pending against the other Defendants, including the claims against HOLLAND AMERICA LINE N.V., HAL ANTILLEN N.V., and XYZ CORP.

DATED this 22nd day of February 2024.

_____
Jamal N. Whitehead
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT INTERCRUISES SHORESIDE & PORT SERVICES INC. WITH PREJUDICE - Page 2
03029-019\Hebert - Stipulated Dismissal.docx

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*Counsel for Plaintiff*
Jason R. Margulies
Lipcon, Margulies & Winkleman, P.A.
2800 Ponce De Leon Blvd., Suite 1480
Coral Gables, FL 33134
Olivia Thompson
(305) 373-3016
jmargulies@lipcon.com
othompson@lipcon.com

☐ Legal Messenger
☐ Facsimile
☒ ECF/Email
☐ 1st Class mail
☐ Federal Express

*Counsel for Defendants Holland America Line N.V. and Hal Antillen, N.V.*
Rafaela P. Castells
Jeffrey B. Matlzman
Maltzman & Partners
Mailing:
55 Miracle Mile Ste. 300
Coral Gables, FL 33134

Physical:
506 2nd Avenue, Suite 1400
Seattle, WA 98104
(305) 779-5665
rafaelac@maltzmanpartners.com
jeffreym@maltzmanpartners.com

☐ Legal Messenger
☐ Facsimile
☒ ECF/Email
☐ 1st Class mail
☐ Federal Express

By: *s/ David M. Norman*
    David M. Norman, WSBA No. 40564
    Bennett Bigelow & Leedom, P.S.
    601 Union Street, Suite 1500
    Seattle, Washington 98101-1363
    Telephone: (206) 622-5511
    Fax: (206) 622-8986
    Email: dnorman@bbllaw.com
    Attorneys for Intercruises Shoreside & Port Services, Inc.

ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT INTERCRUISES SHORESIDE & PORT SERVICES INC. WITH PREJUDICE - Page 3
03029-019\Hebert - Stipulated Dismissal.docx

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986