UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERESA HEBERT, | CASE NO. 2:23-cv-292 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HOLLAND AMERICA LINE NV, a Curacao corporation, HAL ANTILLEN NV, a Curacao company, INTERCRUISES SHORESIDE & PORT SERVICES INC., a Florida corporation, XYZ CORPORATION, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On March 29, 2024, the parties notified the Court that they have reached a settlement of this lawsuit and expect to dismiss it fully within the ninety days. The Court STRIKES the remaining deadlines and terminates pending motions as moot. The Court ORDERS the parties to file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 90 days of entry of this order.

MINUTE ORDER - 1

Dated this 1st day of April 2024.

<u>Ravi Subramanian</u>

Clerk

<u>*/s/Kathleen Albert*</u>

Deputy Clerk

MINUTE ORDER - 2