THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERESA HEBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>HOLLAND AMERICA LINE N.V., a Curacao corporation; HAL ANTILLEN N.V., a Curacao corporation; INTERCRUISES SHORESIDE & PORT SERVICES, INC., a Florida corporation; and XYZ CORPORATION<br><br>    Defendants. | CASE NO. 2:23-CV-00292-JNW<br><br>**ORDER GRANTING JOINT STIPULATED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(FED. R. CIV. P. 41(a)(1)(A)(ii))**<br><br>NOTE ON MOTION CALENDAR: 6/28/2024 |

## ORDER

The Court is in receipt of the Parties' Joint Stipulated Motion for Voluntary Dismissal with Prejudice. Good cause appearing,

**IT IS HEREBY ORDERED**:

The Joint Stipulated Motion for Voluntary Dismissal with Prejudice is hereby GRANTED. The case is hereby dismissed with prejudice. The parties will bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED this 15th day of July, 2024.

*/s/ Jamal W.*

Jamal N. Whitehead
United States District Judge

ORDER GRANTING JOINT MOTION FOR VOLUNTRY DISMISSAL
2:23-cv-00292-JNW